IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA JEAN FRAZIER, | No.  2:19-CV-1592-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

       Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On March 27, 2020, the Court directed plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution.  See ECF No. 15.  A review of the docket reflects that plaintiff filed her dispositive motion on April 24, 2020.  See ECF No. 16.  Good cause appearing therefor, the order to show cause is hereby discharged.

       IT IS SO ORDERED.

Dated:  April 29, 2020

                                                       DENNIS M. COTA
                                                         UNITED STATES MAGISTRATE JUD